# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2022

*The Court of Appeals hereby passes the following order:*

### A22A1588. KIMBERLY JAMES v. WATERS EDGE CONSTRUCTION, LLC et al.

Plaintiff Kimberly James filed a complaint against defendant Waters Edge Construction, LLC. On March 4, 2022, the trial court granted summary judgment in favor of Waters Edge. James then filed a motion for reconsideration from the trial court's order granting summary judgment. On May 18, 2022, the trial court denied James's motion for reconsideration. James filed a notice of appeal from the trial court's order denying his motion on May 20, 2022. We, however, lack jurisdiction.

Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). As a rule, "[a] notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of . . . ." OCGA § 5-6-38 (a). James did not file a notice of appeal within 30 days after entry of the grant of summary judgment. Instead, she filed a motion for reconsideration. However, the motion did not extend the time to appeal from the underlying order, and the order resolving it is not subject to direct appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000) ("a motion for reconsideration does not toll the time for filing a direct appeal"); *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007) ("[T]he denial of a motion for reconsideration of a final judgment is not itself a judgment subject to direct appeal.").

Because James did not file a timely notice of appeal from the summary judgment order, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __06/27/2022__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*